446 A.2d 704

Commonwealth v. Serbanjack, Appellant.

Submitted October 28, 1981. Gary P. Caruso, Assistant Public Defender, for appellant; Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Judge Loughran.